```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

| | |
|---|---|
| ARTHELIA D. TATE, | : |
|     Plaintiff, | : |
| vs. | : |
| MICHAEL J. ASTRUE, | :    CIVIL ACTION 07-0078-M |
| Acting Commissioner of | |
| Social Security, | : |
|     Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Arthelia D. Tate and against Defendant Michael J. Astrue.

DONE this 26th day of June, 2007.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE