```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

ARTHELIA D. TATE,                :
                                 :
    Plaintiff,               :
                                 :
vs.                              :    CIVIL ACTION 07-0078-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.               :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** an EAJA attorney's fee in the amount of $1,318.03.  No costs are taxed.

DONE this 18th day of September, 2007.

<pre>
                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE
</pre>